# CORPORATE RESOLUTION

## OF

## THE HARMAN GROUP LLC

The undersigned is a member of the above Company (the "Company"), and certifies that on December 3, 2010, a Special Meeting was duly called and held at the Company offices located at 331 Rutledge Street, Brooklyn, New York 11211.

At said Meeting, a resolution was passed by the Board, as follows:

"RESOLVED, that the undersigned be and hereby is authorized and directed to file on behalf of the Company a Petition for relief under Chapter 11 of the Bankruptcy Code and to take all steps necessary and proper for the filing of said application, including the retention of Leo Fox, Esq., 630 Third Ave, New York, New York 10017, as attorney for that purpose".

Dated: Brooklyn, New York
December 3, 2010

S/ Max Stark
Name: Max Stark
Title: Managing Member